UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                     :

UNITED STATES OF AMERICA            ORDER
                                     :

      -v.-                           08 Cr. 320 (---)
                                   :

VICTOR ESTUPINAN-JAMARILLO,
                                   :

        Defendant.
                                   :
- - - - - - - - - - - - - - - - - x

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Benjamin Naftalis;

       It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

       ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       June 24, 2008

                                     _____
                                     UNITED STATE MAGISTRATE JUDGE

[Stamp: ...ALLY FILED  JUN 2 5 2008]